UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN HARDEN, et al.,

    Plaintiffs,

    v.

MASON MCDUFFIE MORTGAGE CORP., et al.,

    Defendants.
_____/

No. C 14-2372 PJH

**ORDER STAYING BRIEFING SCHEDULE**

On June 16, 2014, plaintiffs filed a motion for conditional certification of an FLSA collective action. As the parties have not yet appeared for the initial case management conference, and no pretrial schedule has been set, the court finds that further briefing of the motion should be STAYED. At the case management conference, the court will impose a new schedule for the motion for conditional certification.

The court will issue a separate order setting the initial case management conference.

**IT IS SO ORDERED.**

Dated: July 1, 2014

                              PHYLLIS J. HAMILTON
                              United States District Judge