UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN HARDEN, et al.,

    Plaintiffs,

    v.

MASON MCDUFFIE MORTGAGE CORPORATION,

    Defendant.

Case No. 14-cv-02372-PJH

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for October 2, 2014, at 2:00 P.M. The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar. The conference will occur on October 2, 2014, at 1:45 P.M. The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

    **IT IS SO ORDERED.**

Dated: September 24, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge