IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HARDEN and JEFF COLE, on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASON MCDUFFIE MORTGAGE CORPORATION and DOES 1-10,<br><br>Defendants. | Case No. 14-cv-2372<br><br>[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION FOR A STAY OF THE ACTION<br><br>Honorable Phyllis J. Hamilton |

Pursuant to Local Civil Rules 6.2 and 7.12, Plaintiffs Jonathan Harden and Jeff Cole ("Plaintiffs") and Defendant Mason McDuffie Mortgage Corporation ("Defendant") stipulated to a stay of the action pending the Ninth Circuit Court of Appeal's decision in *McKeen-Chaplain v. Provident Savings Bank, FSB,* 12-cv-3035 (E.D. Cal.).

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the parties comply with the following:

1) The action is stayed pending the decision in *McKeen;* and

2) The parties are directed to contact the Court upon the issuance of the Ninth Circuit's decision in *McKeen* and request a conference to further revise the Court's Pre-Trial Order.

IT IS SO ORDERED.

Dated: October 7, 2015



_____
Honorable Phyllis J. Hamilton
United States Chief District Judge

-1-

[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION FOR A STAY OF THE ACTION